# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN HAMILTON,<br><br>        Plaintiff,<br><br>   v.<br><br>D. VIGLER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-CV-00982 AWI SMS P<br><br>ORDER GRANTING DEFENDANT VIGLER'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, TO COMMENCE FOLLOWING SCREENING BY COURT<br><br>(Doc. 1) |

     Plaintiff Alan Hamilton ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law. Defendant Vigler ("defendant") removed the action from Kings County Superior Court to this court on July 27, 2006. In conjunction with his notice of removal, defendant moves for a thirty-day extension of time to respond to the complaint, commencing once the complaint has been screened by the court pursuant to 28 U.S.C. § 1915A.

     Good cause having been found, it is HEREBY ORDERED that:

     1.    Defendant's request for an extension of time to respond to the complaint is GRANTED; and

///
///
///
///

1

1   2.      Defendant is relieved of his obligation to respond to the complaint until directed to do so by the court, at which time defendant will be provided with thirty days to respond.[1]

IT IS SO ORDERED.

Dated:    **July 31, 2006**            /s/ Sandra M. Snyder
i0d3h8                              UNITED STATES MAGISTRATE JUDGE

---

[1] The court has a large number of cases pending before it and will screen the complaint in due course.

2