UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALAN HAMILTON, | ) | 1:06-CV-00982-AWI-SMS-P |
| Plaintiff, | ) ) | ORDER DENYING MOTION FOR EXTENSION OF TIME AS PREMATURE |
| v. | ) ) | (DOCUMENT #27) |
| D. VIGLER, et al., | ) ) | |
| Defendants. | ) ) | |

On August 10, 2006, plaintiff filed a motion seeking an extension of time to respond to the court's screening order if the court grants defendant's removal motion and screens the complaint. A notice of removal is self-executing and does not require leave of court.[1] Therefore, plaintiff's action is now pending in this court. Once the court screens plaintiff's complaint, it will notify plaintiff what is required of him and provide him with time to comply. It is unnecessary to seek an extension of time at this juncture. Once the court issues its order, if plaintiff finds he needs additional time, he may renew his motion at that time.

Based on the foregoing, plaintiff's motion for an extension of time, filed August 10, 2006, is HEREBY DENIED as premature.

IT IS SO ORDERED.

**Dated:   August 25, 2006**             **/s/ Sandra M. Snyder**
i0d3h8                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Although the court can sua sponte remand the action to state court if certain deficiencies exist, no grounds for sua sponte remand exist in this instance.