# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN HAMILTON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>D. VIGLER, et al.,<br><br>　　　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-00982-LJO-SMS PC<br><br>ORDER GRANTING IN PART AND<br>DENYING IN PART MOTION FOR SERVICE<br><br>(Doc. 13) |

Plaintiff Alan Hamilton ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law. Defendant Vigler removed the action from Kings County Superior Court to this court on July 27, 2006.

On September 28, 2006, plaintiff filed a motion seeking service of the summons and complaint on defendant Cota. Pursuant to Federal Rule of Civil Procedure 4(c)(2), the court may appoint the United States Marshal to initiate service of process. However, the court will only do so if it finds the complaint states a cognizable claim against the defendant. In this instance, in a separate order issued concurrently with this order, plaintiff's complaint was dismissed with leave to amend for failure to state any claims for relief under federal law. Therefore, a request for service of the summons and complaint on defendant Cota is premature. Plaintiff's motion for service shall be granted to the extent that if the court determines plaintiff's amended complaint states a claim against defendant Cota it will direct the Marshal to initiate service, but denied to the extent that plaintiff seeks service of the complaint at this juncture.

///

1

Based on the foregoing, plaintiff's motion for service, filed September 28, 2006, is GRANTED in part and DENIED in part.

IT IS SO ORDERED.

**Dated:     February 26, 2007**            /s/ Sandra M. Snyder
icido3                                UNITED STATES MAGISTRATE JUDGE